

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00162-CR

The **STATE** of Texas,
Appellant

v.

Spencer Kyle **SHAFER**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR11-0402
Honorable Spencer W. Brown, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED June 26, 2013.

_____
Karen Angelini, Justice